## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GREG MARTIN, )
        Plaintiff, )
                        ) Civil Action No. 06-126 Erie
v. )
DR. TELEGA, et al., )
        Defendants. )

## MEMORANDUM ORDER

This civil rights action was received by the Clerk of Court on May 31, 2006, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's oral Report and Recommendation [Doc. No. 13], entered on the record on July 31, 2006, recommended that Plaintiff's Motion for Preliminary Injunction and Motion for Temporary Restraining Order [Doc. No. 6] be denied.  The parties were allowed ten (10) days from the date of the hearing to file objections.  No objections were filed.  After <u>de novo</u> review of the motion and documents in the case, together with the oral Report and Recommendation, the following order is entered:

AND NOW, this 29th day of August, 2006;

IT IS HEREBY ORDERED that the Plaintiff's Motion for Preliminary Injunction and Motion for Temporary Restraining Order [Doc. No. 6] is DENIED.

The oral Report and Recommendation [Doc. No. 13] of Magistrate Judge Baxter, entered on July 31, 2006, is adopted as the opinion of the Court.

                                      s/   Sean J. McLaughlin
                                          United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge