IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREG MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-126 Erie |
| ) | |
| DR. TELEGA, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

  Plaintiff's civil rights complaint was received by the Clerk of Court on May 31, 2006 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

  The magistrate judge's report and recommendation, filed on May 18, 2007, recommended that the Defendants' motion to dismiss [19] be granted. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff by certified mail at SCI Albion, where he is incarcerated, and on the Defendant. No objections were filed. After de novo review of the complaint and documents in the case, together with the report and recommendation, the following order is entered:

  AND NOW, this 11th Day of June, 2007;

  IT IS HEREBY ORDERED that the Defendants' motion to dismiss the complaint [19] is GRANTED and the case is DISMISSED.

  The report and recommendation of Magistrate Judge Baxter, dated May 18, 2007 [26], is adopted as the opinion of this Court.

           s/ SEAN J. McLAUGHLIN
            Sean J. McLaughlin
            United States District Judge

cc: all parties of record
   U.S. Magistrate Judge Baxter